UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BARTON, <br>     Petitioner, <br>  v. <br> SUPERIOR COURT, <br>     Respondent. | Case No. CV 18-06853 FMO (RAO) <br><br> JUDGMENT |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order Regarding Summary Dismissal of Petition for Writ of Habeas Corpus and Denial of Certificate of Appealability.

DATED: September 17, 2018

                _____/s/_____
                FERNANDO M. OLGUIN
                UNITED STATES DISTRICT JUDGE